LAW LIBRARY

NO. 30655

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RICHARD E. PALM, Petitioner,

vs.

THE HONORABLE PATRICK W. BORDER, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, Respondent.

---

K. H. NAKADO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

2010 AUG 23 AM 8:46

FILED

ORIGINAL PROCEEDING
(S.P. No. 10-1-0098)

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Pursuant to petitioner's August 18, 2010 "Notice of Petitioner's Release from Leahi Hospital" and the respondent judge's August 18, 2010 supplemental answer,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is dismissed as moot.

DATED: Honolulu, Hawai'i, August 23, 2010.